## MALOOF, LEBOWITZ, CONNAHAN & OLESKE

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
127 MAIN STREET (ROUTE 124)
CHATHAM, NEW JERSEY 07928
(973) 635-9200
FAX: (973) 635-2270

E-mail: jmaloof@mlcolaw.com

**Writer's Direct Dial:**
973-665-7500

JACK A. MALOOF•♦
ALAN R. LEBOWITZ•♦
MATTHEW J. CONNAHAN
JERALD F. OLESKE•
CHRISTOPHER G. MEIKLE▫
CAMILLE JOSEPH KASSAR♦
CHARLES J. GAYNER♦

DENNIS J. LOFFREDO○
KRISTEN A. DUESEL•
BRIAN A. MALOOF•
CORINNE GURSKI
IAN J. ANTONOFF
HILLARY C. KRUGER
MICHAEL S. COHEN
MICHAEL J. REDENBURG•

OF COUNSEL
ROBERT M. BRIGANTIC♦
ALEXIS D. COHEN♦

299 BROADWAY, SUITE 1610
NEW YORK, NEW YORK 10007
TEL: (212) 233-3079
FAX: (212) 233-3984

98 EAST WATER STREET
TOMS RIVER, NEW JERSEY 08753
TEL: (732) 244-8316
FAX: (732) 244-0505

* Certified Civil Trial Attorney by
Supreme Court of New Jersey
• NJ & NY Bars
• NY Bar Only
○ NJ & PA Bars
▫ NJ, NY & CT Bars
♦ NJ & FL Bars

**REPLY TO CHATHAM**

OUR FILE NO. 37900.00-1

October 17, 2008

Honorable Peter G. Sheridan
***U.S. DISTRICT COURT***
50 Walnut Street
Newark, New Jersey 07101

SO ORDERED: /s/ Peter G. Sheridan
DATED: 12/10/08

**RE:   DOUGLAS J. SCHONENBERG ET AL VS. JENNY MEADOWS ET AL VS. H & H GENERAL EXCAVATING, INC.**
Docket No.: 07-6121-PGS-ES

Dear Judge Sheridan:

Please be advised this office represents the defendant H & H General Excavating, Inc. This office filed a motion to dismiss defendant/third party plaintiff Jenny Meadows, Aim Leasing Co., AIM Leasing Drivers of Colorado, Inc., AIM Dedicated Logistics, Aim Leasing Drivers Co., Northeast Transport, Inc., for Failure to Respond to Request for Inspection and Failure to Answer Interrogatories, returnable before Your Honor on Monday, October 20, 2008.

I am writing to request that this motion be withdrawn.

Respectfully submitted,

**JACK A. MALOOF**

JAM/kb
cc:   D. Scott Conchar, Esquire
      Howard S. Richman, Esquire
      Keith Harris, Esquire